1 DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
2 croberts@durietangri.com
ADAM R. BRAUSA (SBN 298754)
3 abrausa@durietangri.com
217 Leidesdorff Street
4 San Francisco, CA 94111
Telephone: 415-362-6666
5 Facsimile: 415-236-6300

6 Attorneys for Plaintiff
HEALTHLOOP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHLOOP, INC. | Case No. 3:15-cv-00671-JCS |
| Plaintiff, | **HEALTHLOOP, INC.'S NOTICE OF DISMISSAL** |
| v. | |
| MY HEALTH, INC. | |
| Defendant. | |

1  PLEASE TAKE NOTICE that Plaintiff HealthLoop, Inc. hereby dismisses this action in its
2  entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4  Dated:  April 27, 2015                              DURIE TANGRI LLP

6                                            By:            */s/Adam R. Brausa*
                                                          ADAM R. BRAUSA

7                                            Attorneys for Plaintiff
                                              HEALTHLOOP, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who have consented to electronic notification are being served on April 27, 2015 with a copy of this document via the Court's CM/ECF system

*/s/Adam R. Brausa*
ADAM R. BRAUSA